1  SCOTT N. SCHOOLS (SCBN 0999)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  BARBARA BRENNAN SILANO (MASSBAR 055540)
   Assistant U.S. Attorney
5
   450 Golden Gate Ave (11th Floor)
6  San Francisco, CA 94102
   Telephone: (415) 436-7223
7  Facsimile: (415) 436-7234

8  Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,        )   CRIMINAL NO.
                                     )
14         Plaintiff,                )   3 - 0 7 - 7 0 7 2 1
                                     )   NOTICE OF PROCEEDINGS ON
15      v.                           )   OUT-OF-DISTRICT CRIMINAL
                                     )   CHARGES PURSUANT TO RULES
16  MICHAEL CHENG,                   )   5(c)(2) AND (3) OF THE FEDERAL
       a/k/a/ Michael Huynh, a/ka/a Michael )   RULES OF CRIMINAL PROCEDURE
17     Huynh-Cheng                   )
    JIM ARCHULETTA,                  )
18     a/k/a/ David Goldberg,        )
    KIMBERLY WHITEHOUSE,             )
19  NANCY SUMMERSGILL,               )
       a/k/a/ Brenda Nishikana, a/k/a/ Karen )
20     Nedley, a/k/a/ Mari Kitagawa, a/k/a/ )
       Audrey Peterson, a/k/a/ Kylie Small, )
21     a/k/a/ Sylvia Wong,           )
    EFREN GONZALEZ,                  )
22  PAUL ANDERSON, and               )
    VICKI NGUYEN,                    )
23                                   )
           Defendants.                )
24                                   )
                                     )
25

26      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

27  Procedure that on November 30, 2007 the above named defendants were arrested based upon an

28  arrest warrant (copy attached) issued upon a Criminal Complaint pending in the Eastern District

*MEJ*

1  of Virginia Case Number 1: 07mj1038.

2      The defendants are all charged with a violation of 21 U.S.C. Sections 846 and 841(a)(1)–

3  Conspiracy to distribute more than 5 kilograms or more of a detectable amount of cocaine, a

4  Schedule II Controlled Substance.

                                                  Respectfully Submitted,

                                                  SCOTT N. SCHOOLS  
                                                  UNITED STATES ATTORNEY

Date: 12/4/07

                                                  BARBARA SILANO  
                                                  Assistant U.S. Attorney

AO 442 (Rev. 12...)

# United States District Court

**EASTERN** DISTRICT OF **VIRGINIA**

UNITED STATES OF AMERICA

V.

MICHAEL CHENG,
a/k/a Michael Huynh, and Michael Huynh-Cheng

**WARRANT FOR ARREST**

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Michael Cheng_____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy -to distribute cocaine, a Schedule II controlled substance

**INFORMATION COPY ONLY**
**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

Barry R. Poretz                                    U.S. Magistrate Judge
Name of Issuing Officer                             Title of Issuing Officer

[signature]                                        November 30, 2007, Alexandria, VA
Signature of Issuing officer                        Date and Location

Bail fixed at $ _____   by _____
                                         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 44

# United States District Court

_____EASTERN_____ DISTRICT OF _____VIRGINIA_____

UNITED STATES OF AMERICA

V.

EFREN GONZALEZ

**WARRANT FOR ARREST**

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: _____Efren Gonzalez_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy -to distribute cocaine, a Schedule II controlled substance

**INFORMATION COPY ONLY**
**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

Barry R. Poretz
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

Signature of Issuing officer

November 30, 2007, Alexandria, VA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

<u>EASTERN</u> DISTRICT OF <u>VIRGINIA</u>

UNITED STATES OF AMERICA

V.

PAUL ANDERSON

**WARRANT FOR ARREST**

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: <u>Paul Anderson</u>

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

**INFORMATION COPY ONLY**

**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL**

charging him or her with (brief description of offense)

Conspiracy -to distribute cocaine, a Schedule II controlled substance

in violation of Title <u>21</u> United States Code, Section(s) <u>841(a)(1) & 846</u>

<u>Barry R. Poretz</u>
Name of Issuing Officer

<u>U.S. Magistrate Judge</u>
Title of Issuing Officer

_____
Signature of Issuing officer

<u>November 30, 2007, Alexandria, VA</u>
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Re...

# United States District Court

**EASTERN** DISTRICT OF **VIRGINIA**

UNITED STATES OF AMERICA

V.

VICKI NGUYEN

**WARRANT FOR ARREST**

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: ____Vicki Nguyen____
<br>Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy -to distribute cocaine, a Schedule II controlled substance

**INFORMATION COPY ONLY**
**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

Barry K. Poretz
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing officer

November 30, 2007, Alexandria, VA
Date and Location

Bail fixed at $ _____   by _____
<br>Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Re

# United States District Court

EASTERN   DISTRICT OF   VIRGINIA

UNITED STATES OF AMERICA

V.

KIMBERLY WHITEHOUSE

**WARRANT FOR ARREST**

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Kimberly Whitehouse _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy - to distribute cocaine, a Schedule II controlled substance

INFORMATION COPY ONLY
NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

Barry R. Poretz
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing officer

November 30, 2007, Alexandria, VA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev.

# United States District Court

EASTERN    DISTRICT OF    VIRGINIA

UNITED STATES OF AMERICA

V.

NANCY SUMMERSGILL, a/k/a Brenda Nishikana,
Karen Nedley, Mari Kitagawa, Audrey Peterson,
Kylie Small, and Sylvia Wong

**WARRANT FOR ARREST**

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Nancy Summersgill_____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy -to distribute cocaine, a Schedule II controlled substance

**INFORMATION COPY ONLY**

**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL**

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

Barry R. Poretz
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

_____
Signature of Issuing officer

November 30, 2007, Alexandria, VA
Date and Location

Bail fixed at $ _____   by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442

# United States District Court

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.

JIM ARCHULETTA
a/k/a David Goldberg

**WARRANT FOR ARREST**

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Jim Archuletta_____
<br>Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy -to distribute cocaine, a Schedule II controlled substance

**INFORMATION COPY ONLY**

**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL**

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

Barry R. Poretz
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

Signature of Issuing officer

November 30, 2007, Alexandria, VA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |