

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Virginia*

2100 Jamieson Avenue  (703)299-3700
Alexandria, Virginia 22314-5794

# FACSIMILE TRANSMISSION COVER PAGE

| | |
|---|---|
| DATE: | December 28, 2007 |
| TO: | Clerks Office Northern District of California <br> **REF: 3:07mj70721** |
| PHONE: | |
| TO FAX NO.: | 415 522-2176 |
| SENDER: | Sarah Dickinson for AUSA Dennis Fitzpatrick |
| SENDER'S PHONE NO.: | 703-299-3757 |
| SENDER'S FAX NO.: | 703-299-3981 |
| NUMBER OF PAGES: | *Not Including Cover Page* |

CONTENTS:

**LIMITED OFFICIAL USE**

FILED
DEC 2 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:07cr499-gbl |
| ) | |
| MICHAEL CHENG, ) | |
| a/k/a Michael Huynh, ) | |
| Defendant. ) | |

ORDER

MAGISTRATE JUDGE MARIA-ELENA JAMES in the Northern District of California, having ordered on December 21, 2007, the release of MICHAEL CHENG, a/k/a Michael Huynh, from detention, pursuant to 18 U.S.C. § 3142, on an arrest warrant issued out of the Eastern District of Virginia,

THE UNITED STATES having moved this Court to review this release order of MICHAEL CHENG pursuant to 18 U.S.C. §3145(a)(1);

THIS COURT HAVING jurisdiction to review this matter pursuant to 18 U.S.C. § 3145(a)(1) and United States v. Vega, 438 F.3d 801, 804 (7th Cir. 2006); it is hereby

ORDERED, ADJUDGED, and DECREED that the release order issued by a United States Magistrate Judge in the Northern District of California in this matter is STAYED pending the outcome of this Court's review of the issue of detention.

It is further ORDERED that the Marshall's Service is DIRECTED to take prompt steps to transport the defendant to this District for his detention hearing.

The Clerk is directed to send a copy of this Order to the ~~Marshall's Ser~~vice, Marshals Service, the Pretrial Services Office, the Northern District of California and all counsel of record.

United States District Judge *for Judge Lee*

Date: 12/28/07
Alexandria, Virginia

- 2 -