AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

| UNITED STATES OF AMERICA<br>V.<br>MICHAEL CHENG | COMMITMENT TO ANOTHER DISTRICT |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 1:07-MJ-1038<br>(1:07-CR-00499 GBL) | 3:07-70721 MEJ | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   X Complaint   ☐ Other (specify)

charging a violation of   21   U.S.C. §   846 and 841 (a)(1)

**DISTRICT OF OFFENSE**
Eastern District of Virgina

**DESCRIPTION OF CHARGES:**

Conspiracy to distribute cocaine, a Schedule II controlled substance

FILED
JAN 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)   Pursuant to Order issued by Eastern District of Virginia

| Representation: | X Retained Own Counsel | ☐ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
| Interpreter Required? | X No | ☐ Yes | Language: | |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Jan 11, 2008                    [signature]
Date                             United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |