COPY

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 15, 2008

JAN 2 2 2008

Office of the Clerk
U.S. District Court
Eastern District of Virginia
U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Case Name:     US v Michael Cheng
Case Number:   3-07-70721 MEJ
Charges:       21:846, 841(a)(1)

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Elizabeth D. Laporte. The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
    certified copy of Rule 5 Notice
    certified copies of minute orders
    certified copy of *AO 94, Commitment to Another District*

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *[signature]*
Case Systems Administrator

Enclosures
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

    1:07-CR-499 .

Date: 1-22-08

CLERK, U.S. DISTRICT COURT

By *[signature]*
Deputy Clerk